*1523*

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 11, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re:  Donald G. Jackman, Jr.
     v. United States
     No. 05-5207

00-cv-00757 MP

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 15, 2005 and placed on the docket July 11, 2005 as No. 05-5207.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst