**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

January 23, 2006

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: Donald G. Jackman, Jr.
        v. United States
        No. 05-5207
        (Your No. 03-4607)

*00-CR-00757 WP*

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for rehearing is denied.

Sincerely,

**William K. Suter, Clerk**